

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Bea L. Witzleben*
*Direct Dial: (215) 861-8680*
*Facsimile: (215) 861- 8618*
*E-mail Address:  Bea.Witzleben@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

May 3, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

           Re:    United States v. Daniel Rodriguez
                    Criminal No. 16-423

Dear Clerk:

      Please unimpound the above captioned case.  (It is my understanding that this will nonetheless keep under seal any pleadings in the case that have a specific sealing motion and order).  Thank you.

                                       Very truly yours,

                                       JENNIFER ARBITTIER WILLIAMS
                                       Acting United States Attorney

                                       /s/ Bea L. Witzleben
                                       Bea L. Witzleben
                                       Assistant United States Attorney